```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                            19 CR 821 (KMW)

                                                                  ORDER

IVAN BREA,

                               Defendant.
-------------------------------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on December 18, 2020;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
          January 27, 2021

                                                        KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE