# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/21
```

**MEMO ENDORSED**

March 23, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ivan Brea*, 19 Cr. 821 (KMW)

Dear Judge Wood:

I write to respectfully request an adjournment of the sentencing date for Mr. Brea which is currently scheduled for April 8, 2021. This request is made to permit counsel to address several issues that are pertinent to the sentencing hearing.

I respectfully request a date the week of June 6, 2021 with defense submissions due two weeks prior to the date set and government submissions due one week thereafter.

The government does not object to this request.

*Sentencing is adjourned to June 9, 2021, at 11:00 a.m. Defendant's submission is due by May 26. Government submission is due by June 2.*

Very truly yours,

James Roth, Esq.

cc: AUSA James Ligtenberg
    AUSA Jacob Warren

SO ORDERED: N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

JR/Brea/Sent Adj Rqst