**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

~~255 BROADWAY, SUITE 800~~
~~NEW YORK, N.Y. 10007~~

~~(212) 619-4240~~
~~FAX (212) 619-6743~~

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __5/28/21__ |

May 27, 2021

**By ECF**

*MEMO ENDORSED*

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:** *United States v. Ivan Brea*, **19 Cr. 821 (KMW)**

Dear Judge Wood:

  I write to request that Ivan Brea's current sentence date of June 9, 2021, be changed to June 30, 2021 at 11:00 AM to accommodate our request to have the proceeding conducted in-person. My understanding is that the Court and the government can accommodate this request.

  I respectfully request that the dates for the submissions by the parties be adjourned accordingly.

*Sentencing will be held at 10:00 a.m, on June 30, 2021.*

             Very truly yours,

             *James Roth*

             James Roth, Esq.

cc:  AUSA James Ligtenberg (By ECF)

*Kimba M. Wood* *5/28/21*
      SO ORDERED

JR/Brea/Adj Rqst for Sentence